EL PUEBLO, APELADO, *v.* NIEVES, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por infracción a la Ley de Arbitrios.

No. 1577.—Resuelto en febrero 4, 1921, por los fundamentos del caso No. 1586, *El Pueblo* v. *Miranda,* de enero 31, 1921, (pág. 71.)

Abogado del apelante: *Sr. C. Buitrago.*
Abogado del apelado: *Sr. J. E. Figueras.*

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.